IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VICKIE WILLIAMS                                                                                           PLAINTIFF

v.                                         No. 4:14CV00153 JLH

BOARD OF TRUSTEES OF THE
UNIVERSITY OF ARKANSAS                                                                       DEFENDANT

## ORDER

Pursuant to the joint motion filed by the parties, this action is hereby dismissed with prejudice. Document #10.

IT IS SO ORDERED this 19th day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE